# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JAMES L. GALLON,

    Petitioner,

v.                      CASE NO. 4:06cv261-RH/WCS

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice." The clerk shall close the file.

SO ORDERED this 14th day of August, 2006.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge